**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Fountains of Arlington HOA
Plaintiff,
v.
Insurance Company of Greater New York
Defendant.

Case No.: 1:22−cv−05122
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

MINUTE entry before the Honorable Lindsay C. Jenkins: In light of the notice of settlement, the March 10, 2025 trial date [33] is stricken. The parties will need time to finalize their agreement. A stipulation of dismissal is due by March 27, 2025. If the parties are unable to finalize their agreement by that date, the Court will dismiss the case without prejudice, and order that the dismissal will automatically convert to a dismissal with prejudice by a date certain. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.